IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

MICHAEL LYNN KUNKEL                                             PLAINTIFF

V.                           NO. 1:10-CV-00085 JWC

MICHAEL J. ASTRUE,                                              DEFENDANT
Commissioner, Social
Security Administration

## **JUDGEMENT**

    Pursuant to the Memorandum Opinion and Order filed this date, judgement is entered in favor of Defendant, dismissing this case, with prejudice.

    DATED THIS 22nd DAY OF March, 2012

_____
UNITED STATES MAGISTRATE JUDGE